BROADWAY AND 58TH STREET CORPORATION, Appellant, v. 1775 BROADWAY CORPORATION and Others, Respondents, and Another, Defendant.— Order entered February 9, 1941, as resettled by an order entered April 9, 1941, unanimously reversed, without costs, and the motion for discovery and inspection granted. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SAMUEL KOFSKY, as Guardian ad Litem of MELVIN KOFSKY, an Infant, and SAMUEL KOFSKY, Respondents, v. FREDERIC E. LYFORD, as Trustee of New York, Ontario and Western Railway Company, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: BRUNO BURN, Judgment Creditor, Respondent, v. ALBERT F. COYLE, Judgment Debtor, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MOJZESZ GORDON, Respondent, v. MAX FISCHER, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between AGASH REFINING CORPORATION, Petitioner, Respondent, and JAMES C. GABRIEL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the trial to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JONAS DUMCIUS and Another, Suing on Behalf of Themselves, etc., Respondents, v. LITHUANIAN DEVELOPMENT CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SAMUEL I. POSEN and Others v. WESTERN ELECTRIC Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Final Account of EDWARD M. BRATTER, Substituted Committee of the Estate of WARILY BURDAK, an Incompetent Person, etc. JAMES F. EGAN, Public Administrator of New York County, and Others — EDWARD M. BRATTER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CONTINENTAL CASUALTY Co. v. BEN-MIL, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.